# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re | ) Chapter 15 |
| Solar Millennium AG, | ) Case No. 12-11722 (KBO) |
| Debtor in a Foreign Proceeding. | ) |
|  | ) **Related to Docket No. 100** |

## CERTIFICATE OF NO OBJECTION REGARDING STATUS REPORT AND MOTION OF FOREIGN REPRESENTATIVE TO CLOSE CASE

I, R. Craig Martin, an attorney with DLA Piper LLP (US), as counsel to Volker Böhm in his capacity as the foreign representative (the "Foreign Representative") of Solar Millennium AG, a debtor in a foreign proceeding pending in Germany, hereby certify the following:

1. On February 13, 2020 the Foreign Representative filed the *Status Report and Motion of Foreign Representative to Close Case* [Docket No. 100] (the "Motion"), in the above-captioned case.

2. Any objections or responses to the Motion were to be filed with the Court and served upon the undersigned counsel by 4:00 p.m. (Eastern Time) on March 16, 2020.

3. As of the date hereof, the undersigned counsel has not been served with any objections or responses to the Motion. A review of the Court's docket indicates that, as of this date, no objections or responses to the Motion have been filed.

WHEREFORE the undersigned, on behalf of the Foreign Representative, respectfully requests that the form of order attached hereto as Exhibit A be entered at the Court's earliest convenience.

Dated: March 19, 2020
      Wilmington, Delaware

**DLA PIPER LLP (US)**

By: /s/ R. Craig Martin
R. Craig Martin (DE 5032)
1201 North Market Street Suite 2100
Wilmington, Delaware 19801
Telephone: 302-468-5700
Facsimile: 302-394-2341
craig.martin@dlapiper.com

*Counsel to Foreign Representative*